**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lionel JONES, also known as Low Down, Defendant–Appellant.**

No. 05–30685.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decide March 17, 2006.

Richard B. Launey, Assistant U.S. Attorney, Catherine M. Maraist, U.S. Attorney's Office Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Lafayette, LA, Jean M. Faria Federal Public Defender's Office Middle District of Louisiana, Baton Rouge, LA, for Defendant–Appellant.

Before REAVLEY, HIGGINBOTHAM and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed for Lionel Jones has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our review of counsel's brief, Jones's response, and the record discloses no nonfrivolous issues for appeal. We decline to consider Jones's claim of ineffective assistance of counsel in this direct appeal, without prejudice to Jones's right to assert such claim in a motion pursuant to 28 U.S.C. § 2255. *See United States v. Navejar,* 963 F.2d 732, 735 (5th Cir.1992). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.